```
 1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
    CHERYL A. SABNIS (State Bar No. 224323)
 2  KING & SPALDING LLP
    Four Embarcadero Center
 3  Suite 3500
    San Francisco, California 94111
 4  Telephone: (415) 318-1200
    Facsimile: (415) 318-1300
 5  fzimmer@kslaw.com
 6  csabnis@kslaw.com

 7

 8  Attorneys for Defendants
    SMITHKLINE BEACHAM CORPORATION
 9  D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE
    CONSUMER HEALTHCARE, L.P., GLAXOSMITHKLINE
10  CONSUMER HEALTHCARE L.L.C., and
11  BLOCK DRUG COMPANY, INC.
    .
12
```

                       UNITED STATES DISTRICT COURT

                      NORTHERN DISTRICT OF CALIFORNIA

                            SAN FRANCISCO DIVISION

| | |
|---|---|
| ROLAND MOURNING, SR.,<br>For himself and on behalf of those<br>Similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SMITHKLINE BEECHAM CORPORATION<br>dba GLAXOSMITHKLINE,<br>GLAXOSMITHKLINE CONSUMER<br>HEALTHCARE L.L.C.,<br>GLAXOSMITHKLINE CONSUMER<br>HEALTHCARE L.P., BLOCK DRUG<br>COMPANY, INC.<br><br>          Defendants. | Case No. CV-08-4929-WHA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION** |

1  TO THE COURT AND PLAINTIFF AND HIS ATTORNEYS OF RECORD:

2      Please take notice that defendants SMITHKLINE BEECHAM CORPORATION D/B/A

3  GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.L.C.,

4  GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P., and BLOCK DRUG COMPANY,

5  INC. (collectively "Defendants") hereby substitute Donald F. Zimmer, Jr. and Cheryl A. Sabnis,

6  of the law firm of King & Spalding LLP as attorney of record in the place and stead of Gary T.

7  Lafayette and Joanne Chan of the law firm of Lafayette & Kumagai LLP, 100 Spear Street, Suite

8  600, San Francisco, CA 94105.

9      Copies of all further notices, papers, pleadings, and orders filed or served upon Defendants

10 should be sent to the undersigned at:

11
    Donald F. Zimmer, Jr.
    Cheryl A. Sabnis
12     KING & SPALDING LLP
    Four Embarcadero Center
13     Suite 3500
    San Francisco, CA  94111
14     Telephone:  (415) 318-1200
    Facsimile:  (415) 318-1300
15     fzimmer@kslaw.com
    csabnis@kslaw.com
16

17     Defendants have been given proper notice pursuant to Civil Local rule 11-5 and further

18 consent to the above substitution.

19

20 Dated: December 30, 2008     SMITHKLINE BEACHAM CORPORATION
    D/B/A GLAXOSMITHKLINE,
21     GLAXOSMITHKLINE
    CONSUMER HEALTHCARE, L.P.,
22     GLAXOSMITHKLINE
    CONSUMER HEALTHCARE L.L.C., and
23     BLOCK DRUG COMPANY, INC.

24

25     /s/ Ellen Hudock /s/
    Ellen Hudock
26     Senior Counsel

27

28

I have given proper notice pursuant to Civil Local rule 11-5 and further consent to the above substitution.

Dated: December 30, 2008                    LAFAYETTE & KUMAGAI LLP

        /s/ Gary T. Lafayette /s/
Gary T. Lafayette
Joanne Chan

The undersigned hereby consent to this substitution and represent that they have been duly admitted to practice in this District.

Dated: December 30, 2008                    KING & SPALDING LLP

/s/ Donald F. Zimmer, Jr. /s/
Donald F. Zimmer, Jr.
Cheryl A. Sabnis

Attorneys for Defendants
SMITHKLINE BEACHAM CORPORATION
D/B/A GLAXOSMITHKLINE,
GLAXOSMITHKLINE
CONSUMER HEALTHCARE, L.P.,
GLAXOSMITHKLINE
CONSUMER HEALTHCARE L.L.C., and
BLOCK DRUG COMPANY, INC.

I hereby certify that Ellen Hudock, Gary T. Lafayette and Donald F. Zimmer, Jr., concur in the e-filing of this document.

Dated: December 30, 2008

/s/ Cheryl A. Sabnis /s/
Cheryl A. Sabnis

1       The Court hereby approves the substitution of Donald F. Zimmer, Jr., and Cheryl A. Sabnis of the law firm of King & Spalding LLP as counsel for Defendants in the place and stead of Gary T. Lafayette and Joanne Chan of the law firm of Lafayette & Kumagai LLP, 100 Spear Street, Suite 600, San Francisco, CA 94105.

      Copies of all further notices, papers, pleadings, and orders filed or served upon Defendants should be sent to:

> Donald F. Zimmer, Jr.
> Cheryl A. Sabnis
> KING & SPALDING LLP
> Four Embarcadero Center
> Suite 3500
> San Francisco, CA 94111
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300
> fzimmer@kslaw.com
> csabnis@kslaw.com

It is so ordered.

Dated: December 31, 2008

IT IS SO ORDERED
Judge William Alsup

Hon. William Alsup
Judge of District Court

4
NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
CASE NO. CV-08-4929-WHA